Entered on Docket
November 18, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: November 17, 2009

_____
LESLIE TCHAIKOVSKY
U.S. Bankruptcy Judge
_____

1  STEVEN W. PITE (CA SBN 157537)
   DAVID E. McALLISTER (CA SBN 185831)
2  JOHN B. ACIERNO III (CA SBN 257176)
   PITE DUNCAN, LLP
3  4375 Jutland Drive, Suite 200
   P.O. Box 17933
4  San Diego, CA 92177
   Telephone: (858)750-7600
5  Facsimile: (619) 590-1385

Attorneys for WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE OF CERTIFICATEHOLDERS STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS MORTGAGE FUNDING TRUST 2007-AR5 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR5

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| In re | Case No. 09-47556-LJT |
|---|---|
| MICHAEL ALAN BUSH, | Chapter 7 |
| | R.S. No. JBA-710 |
| | ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY |
| | DATE: October 30, 2009<br>TIME: 11:00 AM<br>CTRM: 201 |
| Debtor(s). | Northern District of California - Oakland Division<br>United States Bankruptcy Court<br>1300 Clay Street, Suite 300<br>Oakland, CA 94604-1426 |

The above-captioned matter came on for hearing on October 30, 2009, at 11:00 AM, in Courtroom 201, upon the Motion of Wells Fargo Bank, National Association as Trustee for the of Certificateholders Structured Asset Mortgage Investments II Inc. Bear Stearns Mortgage Funding Trust 2007-AR5 Mortgage Pass-Through Certificates, Series 2007-AR5 ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Michael Alan Bush ("Debtor") commonly known as 4500 Cove Lane, Discovery Bay, California

94514 (the "Real Property"), which is legally described as follows:

> LOT 125, OF SUBDIVISION 7226, AS SHOWN ON THE MAP FILED SEPTEMBER 15, 1989, IN MAP BOOK 337, PAGES 23 THROUGH 29, INCLUSIVE CONTRA COSTA COUNTY RECORDS.

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust;

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. The 10-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

4. Post-petition attorney's fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtor fails to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law;

6. Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case; and

7. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

\*\* END OF ORDER \*\*

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | Pite Duncan, LLP |
| | 4375 Jutland Drive, Suite 200 |
| 3 | P.O. Box 17933 |
| | San Diego, CA 92177 |
| 4 | |
| | Michael Alan Bush |
| 5 | 4500 Cove Lane |
| | Discovery Bay, CA 94505 |
| 6 | |
| | Curt F. Hennecke |
| 7 | Law Offices of Younger and Hennecke |
| | 1610 Arden Way #265 |
| 8 | Sacramento, CA 95815 |
| | Debtor Attorney |
| 9 | |
| | Paul Mansdorf |
| 10 | 1563 Solano Ave. #703 |
| | Berkeley, CA 94707 |
| 11 | Chapter 7 Trustee |
| 12 | EMC Mortgage Corporation |
| | c/o Managing or Servicing Agent |
| 13 | P.O. Box 141358 |
| | Irving, TX 75014-1358 |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |